AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN | **District of** | CALIFORNIA

SIMON THAI MING CHIU

            Plaintiff (s),

V.

CHARLES LI

            Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  23-cv-03205-VC

Notice is hereby given that, subject to approval by the court, SIMON THAI MING CHIU substitutes

(Party (s) Name)

JEFFREY A. NEEDEMAN , State Bar No. 193892 as counsel of record in

(Name of New Attorney)

place of LEEDS DISSTON .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: JEFFREY A NEEDELMAN, ATTORNEY AT LAW

Address: 361 S. MAIN ST., Jamestown, NY  14701

Telephone: (415) 441-4401      Facsimile

E-Mail (Optional): jneedelmanesq@sbcglobal.net

I consent to the above substitution.

Date: 12/18/2023                  Simon Thai Ming Chiu

                                         (Signature of Party (s))

I consent to being substituted.

Date: 12/18/2023                  Leeds Disston

                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12-20-2023                  Jeffrey A Needelman

                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**