1   Duy Thai, SBN 157345
    One Sansome Street, Suite 3500
2   San Francisco, California 94104
    Tel: 415 296-9927
3   Fax: 415 230-5779
    dthai@duythai.com
4

5   Attorney for Creditor and Appellee
    Charles Li
6

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| IN RE THAI MING CHIU<br>    aka SIMON CHIU<br>    aka SIMON THAI MING CHIU<br><br>                Debtor.<br>-------------------------------------------------<br>SIMON THAI MING CHIU<br><br>       v.<br><br>CHARLES LI | Case No. 23-CV-03205-VC<br><br>[AP No.: 22-03114;<br>Chapter 13 No.: 22-30405-HLB]<br><br>[~~PROPOSED~~]<br>ORDER MODIFYING BRIEFING<br>SCHEDULE |

Upon consideration of the parties' Stipulation to an Order Modifying Briefing Schedule ("Stipulation"), and for good cause shown, the Court hereby approves the Stipulation and ORDERS as follows:

(1) The Deadline for Appellee's principal and response brief is hereby continued to March 19, 2024.

(2) The remaining applicable deadline in the Court's June 28, 2023 Briefing Schedule (there being no cross-appeal) shall remain unchanged, i.e., Appellant's reply brief shall be due no more than 30 days after service of Appellee's brief.

(3) The parties otherwise reserve all of their respective rights and remedies.

**IT IS SO ORDERED.**  No further extensions will be granted.

Dated:   January 19, 2024

_____

Honorable Vince Chhabria
United States District Judge